United States District Court
Southern District of Texas
**ENTERED**
August 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA SALAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-1620 |
| | § | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation of dismissal, (Docket Entry No. 5), this action is dismissed with prejudice.

SIGNED on August 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge